



FILED
LODGED
RECEIVED    MAIL

OCT 23 2019

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY



FILE ON DEMAND

The Honorable

["*IN THE UNITED STATES DISTRICT COURT*

*FOR THE WESTERN DISTRICT OF WASHINGTON* AT SEATTLE"]

| | | |
|---|---|---|
| :Gary-Wayne: Alexander, | ) | RE 391 913 391 US  ["*Case No* **19-CV-01711** JLR |
| Authorized Representative and Attorney- | ) | *PLAINTIFF'S AMENDED COMPLAINT; AND* |
| In-Fact for GARY WAYNE ALEXANDER | ) | *PLAINTIFF'S CLAIM TO DEFENDANTS'* |
| | ) | *DEMAND FOR DEFENDANT TO SHOW* |
| | ) | *OFFER OF OBLIGATION WRITTEN IN* |
| Plaintiff, | ) | *THE :CORRECT-SENTENCE-STRUCTURE-* |
| v. | ) | *COMMUNICATION-PARSE-SYNTAX-* |
| :INTERNAL-REVENUE-SERVICE, | ) | *GRAMMAR: FOR THE VOIDANCE OF* |
| :URSULA: GILLIS, AGENT, CFO, and | ) | *THE PERJURY AND TO SHOW THE* |
| :STEVE: BAKER, AGENT, and | ) | *LAWS, ORDINANCES, RULES,* |
| :MARYANN-R: ENCISO, AGENT, and | ) | *STATUTES, REGULATIONS THEY CLAIM* |
| :YVONNE: OLSON, REVENUE OFFICER, | ) | *AGAINST PLAINTIFFS, WRITTEN IN THE* |
| And :ALL-AGENTS-FOR-THE-INTERNAL- | ) | *:CORRECT-SENTENCE-STRUCTURE-* |
| REVENUE-SERVICE, | ) | *COMMUNICATION-PARSE-SYNTAX-* |
| Defendants. | ) | *GRAMMAR: FOR THE VOIDANCE OF THE* |
| | ) | *PERJURY; AND* |
| | ) | *PLAINTIFF'S CONSTRUCTIVE CLAIM OF* |
| | ) | *CONDITIONAL ACCEPTANCE; AND* |

*Summons on SEA098404*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

25                                                    ) *PLAINTIFF'S CLAIM TO INVOKE THE*

26                                                    ) *CLAYTON ANTITRUST ACT OF 1914 FOR*

27                                                    )      *THE EVENT THE DEFENDANTS LACK*

28                                                    )           *PROOF OF CLAIM"]*

29    _____ )

30

31                                        *["Plaintiff's Amended Complaint"]*

32  ~1. FOR THIS CLAIMANT *["PLAINTIFF"]* WITH THE KNOWLEDGE IS WITH THE CLAIM FOR THE JURISDICTION
33  OF THE DI-STRICT-COURT IN THE TERRITORY OF THE WASHINGTON AT SEATTLE IN THESE UNITY-
34  STATES OF OUR WORLD.
35  ~2. FOR THE FILING OF THIS COMPLAINT WITH THIS SUMMONS IS WITH THIS SUMMONS WITH THIS SAME-
36  HEADING AS THE COMPLAINT. FOR THE CLERK WITH THE KNOWLEDGE IS WITH THE FILE-STAMP BY THE
37  TITLE~28: U.S.C.S.~1608 FOR THE SERVICE AND TITLE~28: U.S.C.S.~1691 FOR THE SEAL AND TESTE OF
38  THE CLAIM IN THE JURISIDICTION OF THE COMPLAINT-FILING WITH THE SUMMONS OF THE :CORRECT-
39  SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR-PERFORMANCE-CORRECT-
40  SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR-LANGUAGE-CLAIMS IN THE T.L.F..
41  ~3. FOR THE FILING WITH THE POSTAL-SERVICE-AUTHORIZATION IS WITH THE REGISTER-MAIL-
42  CERTIFICATE WITH THE [RE]TURN-[RE]CIEPT. FOR THE NUMBER ON THE REGISTRATION-SEAL IS FOR
43  THIS REGISTRATION-POSTAL-NUMBER AS THE CASE-NUMBER. FOR THIS CASE OF THE FILING BY THIS
44  PARTY IS WITH THE POSTAL-SERVICE WITH THE TRANSPORT OF THE POSTAL-REGISTRATION-MAIL BY
45  THE POSTMASTER-JUDGE-BANKER. FOR THIS TITLE~18: U.S.C.S.~1342 FOR THE MAIL-FRAUD IN THE
46  FICTICIOUS-USE OF THE NAMES OR ADDRESESS FOR THE TORT OF THE CLAIM OF THE CITIZENS AND
47  WITH THE TITLE~18: U.S.C.S.~1001 AND~1002 IN THE TERMS IN THE FOLLOWING:
48  **TITLE~18: U.S.C.S.~1001 &~1002: FOR THE NOUNS IN THE CLAIMS ARE WITH THE USE AS THE**
49  **PRONOUNS, VERBS AND ADJECTIVES FOR THE FICTION AND FRAUD OF THE LANGUAGE FOR THE**
50  **WANT, TORT, BEZZLEMENT, RAPE OF THE LANGUAGE, FRAUD BY THE FICTION OF THE LANGUAGE IS**
51  **WITH THE FOLLOWING-LAWS:**
52  ~1. FOR THE CLAIMANT *["PLAINTIFF"]* WITH THE KNOWLEDGE IS WITH THE CLAIM FOR THE DAMAGE BY
53  THE NEGLECT FOR THE TITLE~42: U.S.C.S.~1986. FOR THE KNOWLEDGE OF THE LAW IN THE TRUTH IS
54  WITH THE CORRECTION OF THIS BREACH WITH THE OFFICERS OF THE COURT IN THE POSITION OF A
55  FIDUCIARY WITH THE USE OF THE FICTITIOUS-LANGUAGE. FOR THE TORT OF CLAIMS, RIGHTS AND
56  PRIVILEGES WITH THE CLOSURE: C.-C.~60-b, FOR THE CLAIMANT *["PLAINTIFF"]* OF THE KNOWLEDGE IS
57  WITH THE LANGUAGE-CLAIMS FOR THE FRAUD WITH THE C.-C.~9-b, FOR THE TITLE-HEREIN AND WITH
58  THE RULES OF THE CLOSURE-CLAUSE OF THE C.-C.~60-b, FOR THE ALLOWANCE BY THE CLAIMANT
59  *["PLAINTIFF"]* IS FOR THE CORRECTION OF THE WRONG WITH THE GLOBAL-AUTHORITY OF THE MATH-
60  LANGUAGE IN THE TRUTH FOR THE CORRECTION WITH THE TITLE~18: U.S.C.S.~1001: FOR THE PARTY
61  WITH THE KNOWLEDGE IS IN ANY MATTER IN THE JURISDICTION OF ANY GROUP OF THESE UNITY-
62  STATES WITH THE KNOWLEDGE AND WILLFUL-VOLITION BY THE FALSIFICATION, BY THE CONCEALMENT
63  OR BY THE COVERING-UP BY ANY TRICK, SCHEME OR BY ANY VICE OF THE MATERIAL-FACT, OR BY THE
64  MAKING OF THE FALSIFICATION-STATEMENT, BY THE FICTITIOUS-STATEMENT, OR BY THE FRAUDULANT-
65  STATEMENT OR BY THE CLAIM FOR THE FRAUDULANT-WRITING-STATEMENT, OR BY THE MAKING OF ANY
66  FALSE-WRITINGS OR FOR THE USING OF ANY FALSE-WRITINGS OR BY THE FALSE-DOCUMENTS BY THE
67  KNOWING THAT THE FALSE-DOCUMENTS ARE FOR THE CONTAINING FOR ANY FALSIFICATION-
68  STATEMENTS, FOR THE FICTITIOUS-STATEMENTS OR FOR THE FRAUDULANT-STATEMENTS OR FOR THE
69  ENTRY WITH THE CASE-FILE FOR A FINE/FEE WITH THIS CONTRACT OR WITH THE PRISON~FIVE YEARS
70  OR BOTH; AND: TITLE~18: U.S.C.S.~1002: FOR THE PARTY WITH THE KNOWLEDGE IS WITH THE CLAIM OF
71  THE WILLFUL-VOLITION FOR THE FRAUD AGAINST THE UNITY-STATES, OR FOR ANY PARTY-GROUP, FOR

72 THE POSSESSING OF ANY FALSE, ALTER, FORGE, COUNTERFEIT-WRITING(S), OATH, CLAIM OR
73 DOCUMENTS FOR THE PURPOSE OF THE CAPTURING-ANOTHER OF THE UNITY-STATES, OR UNITY-
74 STATE'S-GROUP, OFFICER OR PARTIES, FOR ANY SUM OF THE SECURITIES, IS WITH THE
75 FINE/FEE[$~10,000.US] WITH THIS CONTRACT-TITLE OR WITH THE PRISON OF THE~FIVE~5-YEARS OR
76 BOTH.
77 ~2. FOR THE CLAIMANT *["PLAINTIFF"]* WITH THE KNOWLEDGE IS WITH THE ARTICLE~SEVEN~7: FOR THE
78 CLAIMANT *["PLAINTIFF"]* IS WITH THE DAMAGE BY THE COURT. FOR THIS CLAIM WITH THE TITLE~42:
79 U.S.C.S.~1986 FOR THE KNOWLEDGE IS OF THE LAW WITH THE C.U.S.W.F. OF THE PARTY BY THE
80 STATEING OF THE FRAUD: C.C.~9-b, WITH THE C.C.~60-b: FACT-FINDING WITH THE COURT. FOR THE
81 CLAIMING OF THE FRAUD WITH THE CIVIL-JUDGE OR CIVIL-AUTHORITY WITH THE CLAIM FOR THE
82 DAMAGE AGAINST THE CLAIM WITH THE HEREIN-STATEMENTS.
83 ~3. FOR THE CLERK OF THE COURT IS WITH THE DUTY OF THE FILING OF THE COMPLAINT IN THE
84 ORIGINAL-JURISDICTION WITH THE DI-STRICT-COURT OF THE UNITY-STATES OF THE WORLD. FOR THE
85 DI-STRICT-COURT IN ANY STATE IS WITH THE TITLE~18: U.S.C.S.~3240 OF THE NEW-CREATION-STATE OF
86 THE WELL OF THE COURT WITH THAT DUTY-CLAIM WITH THE AUTOGRAPH BY THE CLERK OF THE COURT
87 FOR THIS CONTRACT-CREATION FOR THE PEOPLES USE OF THE COURT FOR THE ARBITRATION OF THIS
88 CONTRACT FOR THE CORRECTION OF A WRONG-LANGUAGE-CLAIM. FOR ANY FAILURE OF THE CLERK
89 WITH THE SETTING OF A DATE FOR THE ARBITRATION IN THE COURT OF THE CONTRACT IS WITH THE
90 OBSTRUCTION OF THE JUSTICE AND DUE-PROCESS FOR THE FILING INTO THE COURT OF THE DI-
91 STRICT. FOR THE OBSTRUCTION FOR THE TRANSPORT IS WITH THE MAIL-COMPLAINT-CHARTER-VESSEL
92 IN THE JURISDICTION THAT THE CHARTER-VESSEL-COMPLAINT IS FOR THE ADDRESS OF THE
93 TRANSPORT. FOR THE CLERK WITH THIS DUTY IS FOR THE APPOINTMENT OF A JUDGE WHEN NO JUDGE
94 IS WITH THE CLAIM OF THIS CONTRACT IN THE COURT OF THE DI-STRICT WITH THE OATH IN THE TRUTH
95 AS A NOUN IN THIS TRUTH-JURISDICTION.
96 ~4. FOR THE POSTAL-SERVICE WITH THE DUTY IS WITH THE TRANSPORT OF THE MAIL WITH THE BILL OF
97 THE LADDING.
98 ~5. WHEN THE CLERK WITH THE ADMINISTATION-PROCESS IS WITH THE CLAIM OF THE JUDGE IN THE
99 TRUTH WITH AN OATH IN THE TRUTH-LANGUAGE-CLAIM IN THE DI-STRICT. FOR THE DUTY OF THE PARTY
100 IS WITH THE KNOWLEDGE FOR THE CLAIM AS THE JUDGE FOR THIS CLAIM AS THE JUDGE IN THE TRUTH
101 WITH THE DUTY FOR THE CORRECTION OF THE WRONGS WITH THE FORENSIC-EVIDENCE IN THESE
102 UNITY-STATES OF OUR WORLD-COURT FOR THIS CHARTER-VESSEL-CLAIM-CASE IN THE TRUTH.
103 ~6. FOR THE JUDGE WITH THE KNOWLEDGE OF THE TRUTH IS WITH THE CLAIM FOR THE JURISDICTION
104 BY THE PLEADING OF THE FACTS. FOR THE JURISDICTION OF THIS CLAIM IS WITH THE ORDER BY THE
105 COURT WITH THE FAILURE BY THE CALLING OF THE CASE WITHIN THE~45-DAYS OF THE TRUST-
106 CHARTER-VESSEL-CASE-FILING OR FOR THE VACATION OF THE CLAIM WITH THE TITLE~28: U.S.C.S.~1441
107 AND VACATION BY THE FILING WITH THE CLAIM FOR AN ACTION OR DAMAGE BY THE COURT AND IS IN
108 THE JURISDICTION OF THE MILITARY FOR THE COLLAPS OF THE CIVIL-AUTHORITIES WITH THE CIVIL-
109 CLAIM~26-e FOR THE CLAIMING OF A WRONG FOR THE FAILURE OF THE UNITY-STATES OF OUR WORLD
110 FOR THE CLAIM OF THE GRIEVANCE. FOR THIS FICTION-COURT AGAINST THE PEOPLE IS WITH THE
111 FICTION-LANGUAGE FOR THE CAPTURE AND HARVEST OF THE PEOPLE BY THE FICTION. FOR THE WE,
112 OF THE PEOPLE ARE WITH THE MARITIME-LAW AND WITH THE CLAIM/RIGHT OF THE CONTRACT IN THE
113 TRUTH.
114 ABBREVIATIONS:
115 C.C. = FOR THE CIVIL-CLAIM
116 U.S.C. = UNITY-STATES-CLAIMS
117 U.S.W. = FOR THESE UNITY-STATES OF OUR WORLD
118 T.L.F. = FOR THIS TRUTH-LANGUAGE-FORMAT
119 U.S.C.S. = UNITY-STATES-CLAIMS: SECTION
120 UNITY-STATES = FOR THE CORPORATION OF ANY TWO OR MORE-PARTIES IS BY THIS
121 CONTRACT/CONSTITUTION
122 C.U.S.W.F. = FOR THE CONSTITUTION OF THESE UNITY-STATES WITH OUR WORLD-FLAG.

123
124 Claimant's *["Plaintiff's]* Demand for Respondent *["Defendents"]* to Show Offer of Obligation Written in the :Correct-
125 Sentence-Structure-Communication-Parse-Syntax-Grammar: for the Voidance of the Perjury, and to Show the Laws,

126    <u>Ordinances, Rules, Statutes, Regulations Defendants claim against Plaintiffs, Written in the :Correct-Sentence-Structure-</u>
127    <u>Communication-Parse-Syntax-Grammar: for the Voidance of the Perjury"]</u>

128    **~0. For the CLAIMANT'S** *["Plaintiff's"]* **-KNOWLEDGE of the FACTS ARE with the CLOSURE-**
129    **DAMAGE-CLAIMS of this TITLE-~42: D.-C.-C.-S.-~1986: KNOWLEDGE of the SYNTAX-STYLES-**
130    **WRONGS &: STOPPING &: CORRECTING with the** *"[Defendants'"]* **VASSALEES'-FRAUDULENT-**
131    **PARSE-SYNTAX-GRAMMAR-THREATING-SYNTAX-STYLES of the FINANCIAL-PENALTY-THREAT**
132    **&: PUBLIC-STANDING-LOSS as a THREATS with the VASSALEES'-FOREIGN-FICTION-**
133    **LANGUAGE-PLEADINGS by the 'FEDERAL-JUDICIAL-RULES of the FEDERAL-COURT-**
134    **PROCEDURES' & by these VASSALEES'-DAMAGING-CAUSES: TITLE-~28: D.-C.-C.-S.-~1359,:**
135    **COLLUSION or: THREAT with the BLOCKING-C.-S.-S.-C.-P.-S.-G.-P.-DOCUMENTS of the**
136    **WRITTEN-EVIDENCE of the FICTIONAL-LANGUAGE: TITLE-~18: D.-C.-C.-S.-~1001, &: TITLE-~15:**
137    **D.-C.-C.-S.-~1692-~e: FRAUD &: MISLEADING-STATEMENTS, &: PENALTY-FINES: TITLE-~15: C.-**
138    **S.-C.-CHAPTER-~2B, SECTION-~78~FF,(:$25-MILLION) of the MAIL-FRAUD: TITLE-~18: D.-C.-C.-**
139    **S.-~1341,: MAIL-FRAUD-PROPERTY/EQUITY-TORT by the FICTION-COURT-JUDGE &:**
140    **ATTORNEYS'-ACTING-TOGETHER with the TITLE-~18: D.-C.-C.-S.-~242: STOPPING &:**
141    **BLOCKING-C.-S.-S.-C.-P.-S.-G.-P.-CONTRACT by the COLORING-LAWS, FACTS, RULES, CODES**
142    **&: VOLITION with an ATTORNEY'S-CONSPIRACY-CIVIL: TITLE-~42: D.-C.-C.-S.-~1985-~1, in this**
143    **DRY-DOCK-VESSEL-PAPER &: FILE-STAMP-EVIDENCE-SYNTAX-KEY-CODE with the TITLE-~42:**
144    **D.-C.-C.-S.-~1985-~2: STOPPING &: BLOCKING, CHANGING, PERJURY, FALSE-STATEMENTS,**
145    **CHEATING, STEALING by the VOID-SYNTAX-GRAMMAR-TITLE-~18: D.-C.-C.-S.-~1001,:**
146    **FRAUDULENT-PARSE-SYNTAX-GRAMMAR-VASSALEES'-WRITING-EVIDENCE, &: TITLE-~42: D-**
147    **.C.-C.-S.-~1983-~3, BLOCKING-PARTICIPATION of the C.-S.-S.-C.-P.-S.-G.-P.-WITNESS or:**
148    **EVIDENCE by the TITLE-~18: D.-C.-C.-S.-~1001: FRAUDULENT-PARSE-SYNTAX-GRAMMAR-**
149    **COMMUNICATIONS-CAUSE: TITLE-~18: D.-C.-C.-S.-~1961: RACKETEERING-DAMAGE &: CRIME-**
150    **PARTICIPATION-TITLE-~18: D.-C.-C.-S.-~3, with the CRIMINAL-VIOLATIONS &: 'VOLITION of the**
151    **WILL' with the DOCUMENT-CONTRACT-FEDERAL-POSTAL-$1.-STAMP-COURT'S-VENUE against**
152    **the FRAUDULENT-SYNTAX-GRAMMAR-WRITING-EVIDENCE-BONDED with the CLAIMANT**
153    **["PLAINTIFF"]S'-C.-S.-S.-C.-P.-S.-G.-CONTRACT against the VASSALEE'S TITLE-~15: D.-C.-C.-S.-**
154    **~1692-~e,: FRAUD &: MISLEADING-STATEMENTS-STYLES-SYNTAX-GRAMMAR.** *["Plaintiff demands that*
155    *Defendants' Offer of obligation be presented in the :Correct-Sentence-Structure-Communication-Parse-Syntax-Grammar: for the voidance of*
156    *the perjury" and "Plaintiff demands that Defendants' Produce the law, statute, ordinance, the Defendants' claim the Plaintiff has violated written*
157    *in the :Correct-Sentence-Structure-Communication-Parse-Syntax-Grammar: for the voidance of the perjury"]* **Exhibit "A"**

158    **~1. For the PAYMENT of CLAIMANT'S** *["Plaintiff's"]* **TAXES ARE with the CLAIM of the**
159    **CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR-**
160    **PERFORMANCE with the LAWS, COURTS, RULES, WORD-CLOSURE-TERMS, [DE]FINITIONS &:**
161    **CODES by the UNITED STATES of an AMERICA-CORPORATION, &: DEPARTMENT OF THE**
162    **TREASURY.** *["Plaintiff would like to pay ALL taxes owed to the INTERNAL REVENUE SERVICE with the requirement that the Offer of*
163    *Obligation is written and presented in the Correct-Sentence-Structure-Parse-Syntax-Grammar for the voidance of perjury"]*

164    **[Identification Translation:**
165    **D.-C.-C.-S. = Document-Contract-Claims-Section; and**

166      1.   **C.-S.-S.-C.-P.-S.-G. = Correct-Sentence-Structure-Communication-Parse-**
167        **Syntax-Grammar;**
168      2.   **C.-S.-S.-C.-P.-S.-G.-P. = Correct-Sentence-Structure-Communication-Parse-**
169        **Syntax-Grammar- Performance]**
170

171                 *["Plaintiff's Constructive Claim of Conditional Acceptance"]*

172 ~0. Honor and Consent is with the Claim and Order for Defendant's Sworn Testimony, Autographed by a Real Party,
173 in Affidavit format, with Full Commercial Liability to the CLAIMANT'S *["Plaintiff's"]* Conditions Numbered 1 through 45.

174 *["Plaintiff is in receipt of Defendants' Offer of Obligation regarding INTERNAL REVENUE SERVICE Notice 3164 B and 3552*
175
176 *and 2439A, Tax Year 2015, Notice Date June 24, 2019, Social Security Number* ▓▓▓▓▓ *in the Alleged Amount of Seven-*
177
178 *Hundred Eighty Seven-Thousand Three-Hundred Eighty Nine-DOLLARS and Eighty CENTS ($787,389.80US).  Plaintiff is*
179 *accepting Defendants' offer of*
180
181 *obligation upon the condition that Defendants' provide the following proof to support Defendants' claim:*
182

183      1.   *Provide the verified proof and full, whole, and complete accounting, via sworn affidavit, under penalty of perjury, with*
184
185             *full and complete commercial liability, that supports Defendants' position that a :real-party-in-interest: among the*
186
187             *Defendants' who is injured, wronged, harmed, or suffered a loss due by the Plaintiff; and*
188

189      2.   *Provide the proof that supports Defendants' did NOT agree to a Notice of Tender for Setoff and Statement of Account*
190
191             *and Affidavit of ZERO BALANCE on subject account, dated December 10, 2018; and*
192

193      3.   *Provide the proof that supports Defendants' did NOT receive Notice of Default and*
194
195             *Consent to Judgment of ZERO BALANCE dated January 20, 2019; and*
196

197      4.   *Provide the proof that supports Defendants' position that Instruments of Tender in the*
198
199             *amount of One-million Two-hundred Fifty-thousand DOLLARS and Zero CENTS ($1,250,000.00US) were NOT*
200
201             *received by Tender Agent for the Internal Revenue Service via United States Postal Service Registered Mail*
202
203             *Article Number RE 324 599 865 US on October 1, 2018 at 11:22 a.m.; and*
204

205      5.   *Provide the proof that supports Defendants' are NOT subject to the Tender of Payment Laws, which states whether*
206
207             *Tender is accepted or rejected, there is discharge of debt; and*
208

209      6.   *Provide the proof that supports Defendants' position that the instruments of tender are*
210
211             *NOT in accordance with the terms of the contract agreement with INTERNAL*
212
213             *REVENUE SERVICE regarding INTERNAL REVENUE SERVICE Notices 3164 B and 3552 and 2939A, Tax*
214
215             *Year 2015, Notice Dates October 12, 2016 and October 6, 2016 and October 7, 2016 and August 8, 2019, Social*
216
217             *Security Number* ▓▓▓▓▓ *in the Alleged Amount of Seven Hundred Eighty Seven-Thousand Three-Hundred Eighty*
218
219             *Nine-DOLLARS and Eighty CENTS ($787,389.80US); and*
220

221      7.   *Provide the proof that supports your position that regarding INTERNAL REVENUE*
222
223             *SERVICE Notice 3164 B and 3552 and 2439A, Tax Year 2015, Notice Dates October 12, 2016 and October 6, 2016*
224
225             *and October 7, 2016 and August 8, 2019, Social Security Number 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 in the Alleged Amount of Seven-*

Hundred Eighty Seven-Thousand Three-Hundred Eighty Nine-DOLLARS and Eighty CENTS ($787,389.80US) by

contract, are unable to accept tender from the Plaintiff and that the Plaintiff is an unauthorized party under law to

settle this alleged debt; and

8. Provide the proof that supports Defendants' position that the instruments of tender are merely an attempt to

pay of regarding INTERNAL REVENUE SERVICE Notice 3164 B and 3552 and 2439A, Tax Year 2015, Notice Dates

October 12, 2016 and October 6, 2016 and October 7, 2016 and August 8, 2019, Social Security Number 535-70-

6891in in the Alleged Amount of Seven-hundred Sixty-Thousand Two-hundred Sixty-four DOLLARS and Eighty CENTS

CENTS ($787,389.80US) and actually do not pay or otherwise affect the alleged obligation for regarding

INTERNAL REVENUE SERVICE Notice 3164 B and 3552 and 2439A, Tax Year 2015, Notice Dates October 12, 2016

and October 6, 2016 and October 7, 2016 and August 8, 2019, Social Security Number ███████in in the Alleged

Amount of Seven-hundred Sixty-Thousand Two-hundred Sixty-four DOLLARS and Eighty CENTS

($760,264,059.80US); and

9. Provide the proof that supports Defendants' position that the instruments of tender are

Not Negotiable; and

10. Provide the proof that supports Defendants' position that the instruments tendered do not,

in fact, provide defense of amounts allegedly owed by Plaintiff; and

11. Provide the proof that supports Defendants' position that the instruments of tender do not

affect INTERNAL REVENUE SERVICE's Notice 3164 B and 3552 and 2439A, Tax Year 2015, Notice

Date June 24, 2019, Social Security Number ███████ in the Alleged Amount of

Seven Hundred Eighty Seven-Thousand Three-Hundred Eighty Nine-DOLLARS and Eighty CENTS ($787,389.80US)

defense in the dishonor of the presentment of tender; and

12. Provide the proof that supports Defendants' position that the instruments of tender will

not eliminate indebtedness; and

13. Provide the proof that supports Defendants' position that the instruments of tender will

result in default and a judgment of garnishment for an account which has been settled,

setoff and discharged; and

14. Provide the proof that the instruments of tender are NOT in accordance and compliance

with UCC 3-104; Title IV, Sec 401 (FRA); USC Title 12; USC Title 28, §§1631, 3002;

and the Foreign Sovereign Immunity Act under necessity; and

285
286
287
288

15. *Provide the proof that the instruments of tender are NOT in full accord with HJR-192*

*(June 5, 1933), Public Law 73-10, UCC 3-419, 1-104 and 10-104; and*

289
290
291
292
293
294

16. *Provide the proof that pursuant to 'State and Federal' TENDER OF PAYMENT statutes;*

*that Defendants' may refuse payment of any property, money, or instrument, while NOT*

*discharging the debt; and*

295
296
297
298
299
300

17. *Provide the proof that the Treasury of The United States Department of Internal Revenue*

*has returned the instruments of TENDER and that they are not holding or withholding an*

*instrument valued at One-million Two-hundred Fifty-thousand DOLLARS and Zero CENTS ($1,250,000.00US); and*

301
302
303
304
305
306
307
308
309
310

18. *Provide the proof that the U.S. Bankruptcy is NOT verified in Senate Report No. 93-549*

*93rd Congress, 1st Session (1973), "Summary of Emergency Power Statutes," Executive*

*Orders 6073, 6102, 6111 and by Executive Order 6260 on March 9, 1933, under the*

*"Trading With The Enemy Act (Sixty-Fifth Congress, Session I, Chapters 105, 106,*

*October 6, 1917), and as further codified at 12 U.S.C.A. 95(a) and (b) as amended; and*

311
312
313
314
315
316
317
318

19. *Provide the proof that the Plaintiff has not been estopped from using or that he has access*

*to 'lawful constitutional money of exchange' (See U.S. Constitution – Art. I § X) to*

*PAY DEBTS AT LAW', and pursuant to HJR-192, can only discharge fines, fees, debts,*

*and judgments 'dollar for dollar' via commercial paper or upon Affiant's exemption; and*

319
320
321
322
323
324
325
326
327
328
329
330

20. *Provide the proof that :Gary-Wayne: Alexander:, a Private Citizen, a living man and*

*Authorized Agent and Sole Beneficiary of the trust known as GARY WAYNE*

*ALEXANDER Trust is NOT "Holder in Due Course" of the Preferred Stock of the*

*federal Corporation (United States – February 21, 1871; 16 Stat I. 419): and holds a prior,*

*superior, security interest and claim on the alleged DEBTOR and Debtor's property;*

*and*

331
332
333
334
335
336
337
338

21. *Provide the proof that Defendants' provided Plaintiff oaths of all parties, title, and*

*statutes, written in the Correct-Sentence-Structure-Communication-Parse-Syntax-*

*Grammar-Performance pursuant 18 USC 1001 and 1002, and 18 USC 1341 and 1342 for*

*the voidance of the perjury; and*

339
340
341
342

22. *Provide Defendants' evidence that ALL law is based upon :adverb-verb:, descriptive or*

*rhetorical verses factual, and that Defendants' are NOT using deceptive practices for the*

voidance of perjury, while being paid is not a violation of 18 USC 1001 and 1002, and 18

USC 1341 and 1342; and

23. Provide Defendants' evidence that Defendants' are NOT using the NOM DE GURERRE

names pursuant to 18 USC 1001 and 1002, and 18 USC 1341 and 1342; and

24. Provide Defendants' evidence that Defendants' are NOT using false advertising,

fictitious use of language, pertaining to Title 18, 1001 Fraud Act by the use of closed

brackets and vectors violating the four corner rules, pursuant to Black's Law Dictionary

5th ed, Page 591; and

25. Provide Defendants' evidence that Defendants' are NOT using fraudulent conveyance of

language to force the Plaintiff to pay funds; and

26. Provide Defendants' evidence with a Justice of the Peace under penalty of perjury that

Defendants' are NOT using Fictitious Conveyance of Language as a device for unjust

gain against the Plaintiff; and

27. Provide Defendants' evidence as to what specie Defendants' will accept or lawfully

require as payment of the alleged debt known as INTERNAL REVENUE SERVICE

Notice 3164 B and 3552 and 2439A, Tax Year 2015, Notice Date June 24, 2019, Social Security Number 535-

70-6891 in the Alleged Amount of  and pursuant to 18 USC § 8 and then 31 USC §

3124 and Attachment A, Defendants' are NOT forcing Plaintiff to break the law if

Defendants' are demanding Federal Reserve Notes: and

28. Provide Defendants' evidence as to which dictionary or styles manual Defendants' are

writing from in their Offers of Obligation, whereby Plaintiff can easily refer to and

understand the referenced Offers of Obligation; and

29. Provide Defendants' evidence that Defendants' have a copy-right release from the Post-

Master-General to copy Post-Master-General's 1st class-postage stamps and/or 2nd class-

postage stamps and/or metered stamps; and

30. Provide Defendants' evidence that Defendants' are NOT using false conveyance of

language and violating The Deceptive Trade Practices Act for ill-gotten-gain against the

Plaintiff; and

31. Provide Defendants' evidence that Defendants' are NOT violating The Americans With

401
402
403
404
405
406
407
408
409
410
411
412
413
414
415
416
417
418
419
420
421
422
423
424
425
426
427
428
429
430
431
432
433
434
435
436
437
438
439
440
441
442
443
444
445
446
447
448
449
450
451
452
453
454
455
456
457
458

31. Provide Defendants' evidence that Defendants' are NOT violating The Americans With

Disabilities Act and the Antitrust with the Federal Trade Commission and the Fair Debt

Collection Practices Act and 18 USC 1001 and 18 USC 1341 and 18 USC 1342 for

Defendants' profit without the expressed written authorization of the Plaintiff; and

32. Provide Defendants' evidence that Defendants' provided Plaintiff an interpreter to the

conveyance of language, Correct-Sentence-Structure-Communication-Parse-Syntax-

Grammar, pursuant to the 1964 Discrimination Act; and

33. Provide Defendants' evidence of all parties receiving this Constructive Claim of

Conditional Acceptance  of Defendants' full given names using no abbreviations nor all capitalized names nor

fictitious titles; and

34. Provide Defendants' evidence of Defendants' qualifications and/or official capacities

along with letters of appointments and/or letters of delegation of authorities; and

35. Provide Defendants' evidence and proof of Defendants' mandate or authority and bond

and actual state license and not merely a BAR Union Membership Card as an attorney;

and

36. Provide Defendants' evidence of Defendants' Oaths of Office true copies along with the

proper autographs whereby the Defendants' are accepting full commercial liability; and

37. Provide Defendants' evidence of Defendants' Anti Bribery statement as directed by the

Foreign Corrupt Practices Act – Aniti-Bribery Provisions, as was required when

Defendants' took their oath, and require Defendants' foreign registration statement which

must be on file, as all those who take oaths become foreign at the time of the oath, per

Title 22 USC Code 612; and

38. Provide Defendants' evidence of the correction of syntax-ed documentation from all

parties participating in as INTERNAL REVENUE SERVICE Notice 3164 B and 3552 and 2439A, Tax Year 2015,

Notice Dates October 12, 2016 and October 6, 2016 and October 7, 2016 and August 8, 2019, Social Security Number

██████in the Alleged Amount of Seven- Hundred Eighty Seven-Thousand Three-Hundred Eighty Nine-DOLLARS

and Eighty CENTS ($787,389.80US) and the bonds Defendants' provided, including definitions and sources

of words used, to protect and indemnify Plaintiff in the event of a harm by those parties

and their sworn evidence that Defendants' are acting within their official capacity,

459  including personal addresses of those parties who are found to be acting outside their
460
461  authority plus their sworn evidence that they are acting within their official; and
462

463  39. Provide Defendants' evidence by copies of all tax forms for all named Defendants'
464
465  resulting from profits derived from the securities generated for as INTERNAL
466
467  REVENUE SERVICE Notice 3164 B and 3552 and 2439A, Tax Year 2015, Notice Date June 24, 2019, Social
468
469  Security Number ▮▮▮▮▮ in the Alleged Amount of Seven-hundred Sixty-thousand Two-hundred Sixty-four
470
471  DOLLARS and Eighty CENTS ($787,389.80US) to prevent suspicious activity of unreported tax liabilities; and
472

473  40. Defendants' provide evidence that the alleged obligation/claim known as INTERNAL
474
475  REVENUE SERVICE Notice 3164 B and 3552 and 2439A, Tax Year 2015, Notice Date June 24, 2019, Social
476
477  Security Number ▮▮▮▮▮ in the Alleged Amount of Seven-hundred Sixty-thousand Two-hundred Sixty-four
478
479  DOLLARS and Eighty CENTS ($787,389.80US) does not constitute a false and
480
481  deceptive and misleading representation in connection with the collection of any debt
482
483  including the false representation of the character or legal status of any debt and further
484
485  makes a threat to take any action that cannot legal be taken a deceptive practice
486
487  congruent with 15 U.S.C. § 1692 (e); and
488

489  41. Defendants' provide evidence that there does not already exist a private agreement
490
491  between the parties of a settlement with an unrebutted affidavit of zero balance thus
492
493  making any further action vexatious litigation and a waste of taxpayer dollars; and
494

495  42. Defendants' provide evidence that any and all named Defendants' have a letter of
496
497  delegation of authority to attack the trust known as The GARY WAYNE
498
499  ALEXANDER Trust, which is duly recorded in the public record; and
500

501  43. Defendants' provide evidence that incorrect Sentence-Structure-Parse-Syntax-Grammar
502
503  submitted into INTERNAL REVENUE SERVICE Notice 3164 B and 3552 and 2439A, Tax Year 2015, Notice
504
505  Date June 24, 2019, Social Security Number ▮▮▮▮▮ in the Alleged Amount of
506
507  Seven- Hundred Eighty Seven-Thousand Three-Hundred Eighty Nine-DOLLARS and Eighty CENTS
508
509  ($787,389.80US) by Defendants' and their Agents and/or their attorneys, in their
510
511  Offer of Obligation is NOT void of perjury and is NOT a valid claim.
512
513  Plaintiff requires proof of the above 44 listed items, signed by a real party representing the
514
515  Defendants, in an affidavit format, swearing under penalty of perjury, with full and unlimited
516
517  commercial liability within 14 days of receipt of service.  Any response short of a real party

518
519 *representing the Defendants, in an affidavit format, swearing under penalty of perjury shall be*

520
521 *deemed an 'insufficient response' and will be marked as such, and constitutes agreement by*

522
523 *the Defendants, and their Agents, Successors, and/or Assigns, as evidence that Defendants do*

524
525 *not have a valid claim against Plaintiff regarding INTERNAL REVENUE SERVICE Notice*

526
527 *3164 B and 3552 and 2439A, Tax Year 2015, Notice Date June 24, 2019, Social Security Number* ████████ *in the*

528
529 *Alleged Amount of Seven-* Hundred Eighty Seven-Thousand Three-Hundred Eighty Nine-*DOLLARS and Eighty CENTS*

530
531 *($787,389.80US) and that the Defendants waive ALL their rights, titles, and interests in their claim known as INTERNAL*

532
533 *REVENUE SERVICE Notice 3164 B and 3552 and 2439A, Tax Year 2015, Notice Dates October 12, 2016 and October 6, 2016*

534
535 *and October 7, 2016 and August 8, 2019, Social Security Number* ████████ *in in the Alleged Amount of Seven-hundred Sixty-*

536
537 *thousand Two-hundred Sixty-four DOLLARS and Eighty CENTS ($760,264,059.80US) and Defendants confession that offer of*

538
539 *obligation known as INTERNAL REVENUE SERVICE Notice 3164 B and 3552 and 2439A, Tax Year 2015, Notice Dates October*

540
541 *12, 2016 and October 6, 2016 and October 7, 2016 and August 8, 2019, Social Security Number* ████████ *in in the Alleged*

542
543 *Amount of Seven-hundred Sixty-Thousand Two-hundred Sixty-four DOLLARS and Eighty CENTS*

544
545 *($760,264,059.80US) has a current and permanent balance of Zero DOLLARS and Zero CENTS ($0.00US)"].*

546

547    ___["Plaintiff's Claim to Invoke the Clayton Antitrust Act of 1914 for the Event the Respondent Lack Proof of Claim"]___

548    **~0 For the fraudulent language offer of obligation by the Defendants against CLAIMANT**
549    **["Plaintiff"] is with the Payment of Three-million Forty-one Thousand Fifty-nine DOLLARS and**
550    **Twenty CENTS ($3,149,559.20US) :Clayton-Antitrust-Act-of-1914-Claim.**

551    *["Plaintiff respectfully notices this honorable court that criminal activity under Title 42, 1988*

552    *states responsibility for ALL fees in this case by the perpetrator of that activity.  The Defendants*

553    *demanded payment of Seven-hundred Sixty-Thousand Two-hundred Sixty-four DOLLARS and Eighty CENTS*

554    *($760,264.80US) by United States Postal Service on October 12, 2016 and October 6, 2016 and October 7, 2016 and August 8,*
555
556    *2019and on October 31, 2016 and it appears that all of the Defendants' Lawyers, and their Agents, are co-conspirators, along*
557    *with the 'real party'*

558
559    *acting as STEVE BAKER and MARYANN R ENCISO and YVONNE OLSON, Agents for the INTERNAL REVENUE SERVICE, as*

560
561    *they are working together and getting paid on this case for the collection of INTERNAL REVENUE SERVICE Notices 3164 B*

562
563    *and 3552 and 2439A, Tax Year 2015, Notice Dates October 12, 2016 and October 6, 2016 and October 7 2016 and August 8,*

564
565    *2019, Social Security Number* ████████ *, who have demanded Plaintiff to pay a total of Seven-hundred Sixty-Thousand Two-*

566
567    *hundred Sixty-four DOLLARS and Eighty CENTS ($787,389.80US) in Fees and Fines without producing the proper evidence*

568
569    *that such an amount is owed. The Plaintiff moves this Honorable Court,*
570    *that in the event the Defendants do not produce And provide the Proof of Claim in the Forteen (14) listed conditions required*

571   DOLLARS and Twenty CENTS ($3,149,559.20US), because without the proof of claim, these Defendants And their agents are

572   confessing to criminal activity against the Plaintiff"].

573   RESPECTFULLY SUBMITTED,

: Gary-Wayne: Alexander

574   :Gary-Wayne: Alexander:

575          In Propria Persona

576

577                                    ["Certificate of Service"]

578

579   ["I hereby certify that in this _____ 2 1 _____ day of September, 2019, I filed the foregoing **Plaintiff's Amended Complaint and**
580   **Plaintiff's Demand for the Offer of Obligation and Laws** written in the :Correct-Sentence-Structure-Communication-Parse-
581   Syntax-Grammar and **Plaintiff's Constructive Claim of Conditional Acceptance** and **Plaintiff's Claim to Invoke the Clayton**
582   **Act** with the Clerk of the UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT
583   SEATTLE. I further certify that on the same date, I caused a true and complete copy of the foregoing documents to be served by
584   first-class mail, postage prepaid, and by Certified Mail, to the following persons and/or entities at the following addresses:

585   ["URSULLA GILLIS, CHIEF FINANCIAL OFFICER AND AGENT FOR INTERNAL REVENUE SERVICE In care of 1111
586   CONSTITUTION AVENUE, ROOM 5226 WASHINGTON D.C. 20224"] Certified Mail Number:  7019 0140 0000 0299 7784

587

588   ["STEVE BAKER, REVENUE OFFICER, INTERNAL REVENUE SERVICE In care of 1201 PACIFIC AVENUE, SUITE 550
589   TACOMA, WASHINGTON 98402"] Certified Mail Number:  7019 0140 0000 0299 7777

590   ["MARY R ENCISO, TERRITORY MANAGER, INTERNAL REVENUE SERVICE In care of 1201 PACIFIC AVENUE, SUITE
591   550 TACOMA, WASHINGTON 98402"] Certified Mail Number:  7017 2620 0001 1198 9295

592   ["YVONNE OLSON, REVENUE OFFICER, INTERNAL REVENUE SERVICE In care of 178 S RIO GRANDE STREET, FIVE
593   GATEWAY BLDG, M/S 5446 SALT LAKE CITY, UT 84101 Certified Mail Number:  7017 2620 0001 1198 9271

594

595

[STOP AND CORRECT: PRIVATE ... SENTENCE STRUCTURE-PARSE-SYNTAX ...]

[AT QUESTION 18 USC 1001-AND-1002, AND 18 USC 1341:]

VCNC 4 1 2
VC
NC Department of the Treasury
Internal Revenue Service
**IRS** Fresno, CA 93888-0010

4 [4 = PRONOUNS ARE NOT FACTS, PRO=NO, UN=NO INTERNAL-IN=NO, TER=EARTH, NAL=CONTRACT = NO CONTRACT, REVENUE-RE=NO IN PAST TIME VENUE=NO CONTRACT SERVICE OF NO VENUE AND NO CONTRACT]

007933.555968.131668.29925 1 AT 0.399 864

| | |
|---|---|
| Notice = VC, NC, 4 | CP22A |
| Tax Year = VC, 3, 3 | 2015 |
| Notice date = 3, 4 | October 31, 2016 |
| Social Security number ▓▓▓▓ = 3, 3, 4 | |
| To contact us | 1-800-829-0922 |
| Your Caller ID | 711196 |
| Page 1 of 5 | 89H |

[USE CORRECT NAME VERSUS NOM DE GUERRE:]
→ GARY W ALEXANDER
2222 W LAKE SAMMAMISH PKWY NE
REDMOND WA 98052-6008

007933

[IN A CONTRACT YOU CAN NOT USE ADVERBS NOR ADJECTIVES, BECAUSE ~~WHEN~~ WHEN YOU MODIFY A FACT IT BECOMES AN OPINION, THIS DOCUMENT IS NOTHING MORE THAN PRONOUNS AND OPINIONS:]

NO PROOF, NO FACT, OPINION
NO TRIALS, NO HEARINGS
[VIOLATION 18 USC 1341, 18 USC 1001 AND 1002:]

## Changes to your 2015 Form 1040
# Amount due: $787,389.80

Based on the information you provided, we changed your 2015 Form 1040 to correct your:
• account information.

We changed the civil penalty amount that we previously charged.

As a result, you owe $787,389.80.

[TO HAVE A FACT, ONE MUST HAVE A POSITION-FOLLOW BY A LODIAL -: NUMBERS 5, 6, AND 7, TO HAVE A POSITION - LODIAL - FACT:]

### Billing Summary

| | |
|---|---|
| Account balance before this change | $ 633,554.00 |
| Increase in accuracy-related penalty on underpayments penalty | 126,710.80 |
| Increase in failure-to-file penalty | 10,306.00 |
| Increase in failure-to-pay penalty | 3,167.77 |
| Increase in interest | 8,635.48 |
| Decrease in interest we owe you | 5,015.75 |
| Amount due by November 15, 2016 | $787,389.80 |

[WHAT LAW DICTIONARY DID YOU USE:]
^1 ADVERB = MODIFIER = NO CONTRACT

### What you need to do immediately
[: REMOVE ALL OPINIONS AND FRADULANT CONVEYANCE OF LANGUAGE RESULTS IN NO VALID OFFER, NO VALID CLAIM:]

### If you agree with the changes we made
• Pay the amount due of $787,389.80 by November 15, 2016 to avoid additional penalty and interest charges.

^2 = VERB ^3 = ADJELTIVE
^4 = PRONOUN: WHEN A FACT COMES BEFORE A FACT WITH THE LACK OF A HYPHN, FOR THE ADJECTIVE MODIFIES PRONOUN = COLOR: FACTS 2-MODIFIES ~~PENALTY~~ DPU = DANGLING PARTICIPLE VERB = ENDING A FICTIONAL SENTENCE

Continued on back...

GARY W ALEXANDER
2222 W LAKE SAMMAMISH PKWY NE
REDMOND WA 98052-6008

| | |
|---|---|
| Notice | CP22A |
| Notice date | October 31, 2016 |
| Social Security number ▓▓▓ | |

With a verb

**IRS**

## Payment

^5 = POSITION = Rules, VOTE, OPERATIONS

• Make your check or money order payable to the United States Treasury.
• Write your Social Security number (▓▓▓▓▓), the tax year (2015), and the form number (1040) on your payment and any correspondence.

**Amount due by November 15, 2016** | $787,389.80

[BOXING = NO CONTRACT:]

INTERNAL REVENUE SERVICE
FRESNO, CA 93888-0010

^6 = LODIAL = OWNERSHIP, ORIGINAL Title
^7 = FACT [NOUN] = NO·NO = VOID
^8 = PAST·TIME·TENSE VOID-NOW TIME, FROM E.D.
^9 = FUTURE·TIME·TENSE, VOID OF ALL FACT
^0 = CONJUNCTION = AND/OR

535706891 FN ALEX 30 0 201512 670 00078738980

^NC = NO CONTRACT
^VC = VOID CONTRACT

EXHIBIT "A"



:C.-S.-S.-C.-P.-S.-G.-P. FLAG OF THIS VESSEL: **RE 391 913 391 US**

## FOR THE CLAIMANT'S-KNOWLEDGE OF THS LIVE-LIFE IS WITH THIS CLAIM BY THIS CLAIMANT.

~1 FOR THE KNOWLEDGE OF THESE FACTS ARE WITH THE CLAIM OF THIS LIVE-LIFE-BIRTH ON THIS BIRTH-DATE OF THE ELEVENTH DAY-~THE JULY-MONTH-~ IN THE-YEAR-~1959.

~2 FOR THESE WITNESS-KNOWLEDGE OF THIS LIVE-LIFE ARE WITH THESE CLAIMS OF THIS LIVE-LIFE-BIRTH/NATIVITY IN THE CITY-~YAKIMA, STATE-~WASHINGTON, -~COUNTRY UNITED-STATES-OF-AMERICA, WITH WITNESS, WITH THE PARENT-PARTIES: MOTHER: :Beverly: Herke-Alexander., FATHER: :George: Alexander.-~BY THEIR MARRIAGE-Joinder.

~3 FOR THE WITNESS-KNOWLEDGE OF THIS LIVE-LIFE-CLAIM ARE WITH THE CLAIM OF THIS LIVE-LIFE-BIRTH WITH AN AUTHORIZATION OF THESE (3) THREE-WITNESS-AUTOGRAPHS:: WITNESS-ONE, :WITNESS-TWO, :CLAIMANT.

~4 FOR THE WITNESS-KNOWLEDGE OF THESE FACTS ARE WITH THIS LIVE-LIFE-BIRTH-CLAIM WITH THIS CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR-PERFORMANCE OF THIS COMMUNICATIONS-CLAIM WITH THIS LIVE-LIFE-PARTY.

PICTURE:            FINGERPRINT(FP):            SALIVA / HAIR




:George-Gwyn:Alexander
:WITNESS/ :AUTOGRAPH/:COPYCLAIM ~For the date: SEPT- 21  2019 FP:

:Beverly-ANN: Alexander
:WITNESS/ :AUTOGRAPH/:COPYCLAIM ~For the date: SEPT- 21  2019 FP:

: Gary-Wayne: Alexander  ~For the date: SEPT- 21  2019 FP:
:AUTOGRAPH-CLAIMANT-LIFEBIRTH :AUTOGRAPH/:COPYCLAIM-is with the
in-cluding of this ~ THE ELEVENTH  DAY-~THE JULY-MONTH-~ IN THE-YEAR-~1959.by
ON-DEMAND: CLAIM.