UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| GARY WAYNE ALEXANDER, | CASE NO. C19-1711JLR |
|---|---|
| Plaintiff, | ORDER DISMISSING ACTION WITHOUT PREJUDICE |
| v. | |
| INTERNAL REVENUE SERVICE, | |
| Defendant. | |

On January 29, 2020, the court issued an order to show cause why this matter should not be dismissed for lack of subject matter jurisdiction. (OSC (Dkt. # 3).) Plaintiff Gary Wayne Alexander's response to the court's order to show cause was due on February 12, 2020. (*See id.* at 1-2 (stating that Mr. Alexander must file an amended pleading or other submission setting forth the federal statute(s) and/or specific case authority that gives the court subject matter jurisdiction to hear the case within fourteen (14) days of the filing date of the order).) Mr. Alexander has failed to timely respond to

//

the court's order.  (*See generally* Dkt.)  Accordingly, the court dismisses this matter without prejudice.

Dated this 24th day of February, 2020.

JAMES L. ROBART
United States District Judge